UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERVIN JOSEPH LAMIE, JR.,        ) <br>     Plaintiff,            ) <br>                                               ) <br> -v-            ) <br>                                               ) <br> GREG SMITH,            ) <br> PAMELA SUE SMITH,            ) <br> DAVID W. LAMIE, and            ) <br> MURIEL D. LAMIE,            ) <br>     Defendants.            ) <br> _____) | No. 1:12-cv-00142 <br><br> HONORABLE PAUL L. MALONEY |

**JUDGMENT**

    Having dismissed this action under Fed. R. Civ. P. 12(h)(3), pursuant to Fed. R. Civ. P. 58,

**JUDGMENT** is entered in favor of Defendants and against Plaintiff Ervin Joseph LaMie, Jr.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**


Date:   February 22, 2012                                            /s/ Paul L. Maloney          
                                                                                                  Paul L. Maloney
                                                                                                  Chief United States District Judge